# United States District Court
# For The Western District of North Carolina
# Asheville Division

JAMES D. TINSLEY,

        Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                      1:09CV379

SHERIFF RICK DAVIS, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 13, 2009 Order.

October 13, 2009                               FRANK G. JOHNS, CLERK

                                                    BY:  s/Joan Gosnell

                                                            Joan Gosnell, Deputy Clerk